

FILED

FEB 22 2023

By _____ Clerk

$120⁰⁰

Lawrence E. Henke
David L. Vicevich
Vicevich Law
3738 Harrison Avenue
Butte, Montana 59701
Telephone: (406) 782-1111
Facsimile: (406) 782-4000
larry@vicevichlaw.com
dave@vicevichlaw.com

Attorneys for Plaintiff

## MONTANA SECOND JUDICIAL DISTRICT COURT
## IN AND FOR THE COUNTY OF SILVER BOW

| | |
|---|---|
| LETS GET MOVING, LLP<br><br>Plaintiff,<br><br>vs.<br><br>LAGESTIC, LLC<br><br>Defendant | Cause No.: DV-23-58   KURT KRUEGER Judge, Dept. 1<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>SUMMONS ISSUED |

COMES NOW, the Plaintiff, LETS GET MOVING, LLP, by and through its counsel,

LAWRENCE E. HENKE, and for his causes of action against the Defendant, LAGESTIC, LLC,

asserts and alleges as follows:

## I.
## Parties

1.  Plaintiff Lets Get Moving, LLP (hereinafter "LGM") is a Montana limited liability

    company whose principal place of business is in Butte, Silver Bow County, Montana,

    and at all times relevant was a resident of Silver Bow County.

2.  Defendant Lagestic, LLC (hereinafter "Lagestic"), is a California limited liability

    company whose principal place of business is Oakland, California. Lagestic can be



ORIGINAL

served through its registered agent, Claudia Sanchez, 2909 Coolidge Avenue, Oakland, CA 94602.

## II.
## Venue and Jurisdiction

3. Venue is proper in Silver Bow County pursuant to M.C.A. §§ 25-2-122(1)(b), 25-2-122(2)(a) and (b), and/or 25-2-121(1)(b)(ii).

4. This Court has jurisdiction over the parties to this lawsuit because the contract was entered into in, and all relevant events took place in, the State of Montana.

## III.
## Factual Background

5. Lagestic entered into a contract with DevCo to provide labor services for the Comstock apartments in Gallatin County, Montana. *Exhibit A.*

6. Lagestic is a freight broker; it is "a person who, for compensation, arranges, or offers to arrange, the transportation of property by an authorized motor carrier. 49 C.F.R. part 371.

7. LGM is a motor carrier; it provides packing, moving and storage services of household goods in Montana.

8. Lagestic entered into a contract with LGM to provide the labor services for Lagestic that it has concomitantly agreed to provide to DevCo (the "Contract").

> The following labor services contract is entered between Lets Get Moving, LLLP (Service Provider), located at 119928 Rick Jones Way, Butte Mt 59701, and Lagestic, LLC (Client) and is in regards to providing labor services from February 2023 thru October 2023.

*Exhibit B.*

9. The Contract value is $330,760.82 per the terms and conditions of payment agreed to by Lagestic -- $66,152.18 deposit, $264,608.64 due in nine subsequent monthly payments.

10. The first obligation of Lagestic was to pay the Deposit for services by December 21, 2022, in order to justify LGM's commitment to nine (9) consecutive months of labor services in Gallatin County.

11. No conditions precedent or contingent performance by LGM was required in order for this Deposit obligation to become due and payable on or before December 21, 2022.

12. Lagestic paid the deposit, albeit late, on January 20, 2023.

13. LGM moved two employees to Bozeman to staff the Contract.

14. LGM purchased and placed storage containers in Bozeman to fulfill the Contract.

15. LGM provided labor services for Lagestic in Bozeman in performance of the Contract.

16. After the Deposit, the Contract provided that Lagestic was then to pay $264,608.64, comprised of nine (9) <u>consecutive</u> payments in the amount of $29,400.96 for each of the nine (9) payments following the Deposit.

> Client agrees to pay Service Provider in accordance with these terms: Payment is due on the 1st of each month in the amount of $29400.96 for nine consecutive months. Invoices are Net 30 and will be sent out Monthly. Any ~~payments made late an additional 5% late fee will be added to the amount due in the amount of $2352.07 for a~~

*Contract, page 2, ¶ 4.*

17. LGM has invoiced the months of January and February; Lagestic failed to make the payments.

18. On February 15, 2023, Lagestic attempted to re-write the Contract from a packing, moving, and storage contract – converting it to a packing only contract.

19. LGM refused to re-write the Contract; rather, LGM agreed to provide a second quote for packing only services for a different contract.

20. On February 17, 2023, Lagestic sent an e-mail to LGM stating it was terminating the Contract because DevCo terminated the services with Lagestic.

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

21.  The Parties expressly provided for this precise contingency in the Contract, which was

triggered on February 17, 2023. The wording of the Contract clause is:

> In the event, the Client [defined as Lagestic LLC] cancels said labor services[,]
> the client will forfeit the whole deposit amount along with the remaining balance
> of the contract.

*Contract, page 2, ¶ 5.*

## IV.
## CLAIMS AND CAUSES OF ACTION

### Count 1 – Breach of Contract - Deposit

22.  Plaintiff herein realleges the allegations in the foregoing paragraphs as though fully set forth

herein.

23.  LGM and Lagestic entered into a contract for labor services provided by LGM for Lagestic.

24.  The contract provided for a significant commitment of time, resources, and personnel, so the

contract called for a $$66,152.18 deposit to be paid by December 21, 2022.

25.  Lagestic eventually deposited $56,229.35 as the Deposit on January 20, 2023.

26.  Lagestic breached the contract by paying late and underpaying the Deposit.

27.  LGM has been damaged by this breach.

28.  Damages in the amount of $9,922.83 resulted from Lagestic's breach.

### Count 2 – Breach of Contract – January and February

29.  Plaintiff herein realleges the allegations in the foregoing paragraphs as though fully set forth

herein.

30.  LGM and Lagestic entered into a contract for labor services provided by LGM for Lagestic.

31.  The contract represented a significant commitment of time, resources, and personnel, so the

contract called for a $$66,152.18 deposit to be paid by December 21, 2022, and the balance

to be paid in nine (9) monthly payments consecutive to and following the payment of the

Deposit.

32.  Lagestic deposited $56,229.35 as the Deposit on January 20, 2023.

33.  The contract provided for LGM to begin the labor services in January 2023.

34.  LGM personnel performed labor services in January and February, which were invoiced.

35.  Lagestic breached the contract by failing to pay the invoices.

36.  LGM has been damaged by this breach.

37.  Damages in the amount of $58,801.92 resulted from Lagestic's breach.

### Count 3 – Breach of Contract – Contract Balance

38.  Plaintiff herein realleges the allegations in the foregoing paragraphs as though fully set forth

herein.

39.  LGM and Lagestic entered into a contract for labor services provided by LGM for Lagestic.

40.  The contract represented a significant commitment of time, resources, and personnel for LGM,

so the contract called for a $$66,152.18 deposit to be paid by December 21, 2022, and

guaranteed payment of the balance.

41.  Lagestic eventually deposited $56,229.35 as the Deposit on January 20, 2023.

42.  The contract provided for LGM to begin the labor services in January 2023.

43.  LGM personnel performed labor services in January and February, which were invoiced but

went unpaid.

44.  Lagestic attempted to re-write the contract from a packing, moving, and storage contract –

converting it to a packing only contract – and LGM refused to re-write the Contract

45.  Lagestic sent an e-mail to LGM stating it was terminating the Contract because DevCo was

terminating the labor services with Lagestic.

46.  The Parties expressly provided for this precise contingency in the Contract, which was

triggered on February 17, 2023:

> In the event, the Client [defined as Lagestic LLC] cancels said labor services[,] the client will forfeit the whole deposit amount along with the remaining balance of the contract. *Contract, page 2, ¶ 5.*

47. Lagestic breached the contract by cancelling the labor and services contract without paying the remaining balance of the contract.

48. LGM has been damaged by this breach.

49. Damages in the amount of $205,806.72 resulted from Lagestic's breach.

## Prayer for Relief

WHEREFORE, Plaintiff prays for relief as follows:

1. For economic damages in the amount of $374,531.47 arising from Defendant's breach of contract;

2. For economic damages in the amount of $4,704.14 in late fees arising from Defendant's breach of contract;

3. For incidental damages incurred by Plaintiff in the performance of the contract before the breach;

4. For any special damages;

5. For an award of pre-judgment interest as permitted by law;

6. For an award of post-judgment interest as permitted by law;

7. For attorney's fees and costs allowed by law; and

8. For any other and further relief the Court deems just and equitable.

DATED this 22nd day of February, 2023.

By _____
LAWRENCE E. HENKE
Attorney for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, by and through its counsel, and hereby demands trial by jury.

DATED this 22nd day of February, 2023.

By _____

LAWRENCE E. HENKE

Attorney for Plaintiff

## VERIFICATION

STATE OF MONTANA      )
                      :ss.
County of Silver Bow  )

       Brian Kester, being first duly sworn upon oath, deposes and says:

       That he is a partner in the Plaintiff in this matter, he has read the foregoing Complaint,

and that the facts and matters contained therein are true and accurate and complete to the best of

his knowledge and belief.

                                    _____
                                      Brian Kester

Subscribed and sworn to before me this **21** day of February, 2023.

                                    _____
                                      Signature

                                      _____

KEISHA SCOWN
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
June 02, 2025

                                      Printed Name
                                      Notary Public for the State of Montana
                                      Residing at Butte, MT
                                      My Commission expires June 02, 2025

COMPLAINT AND DEMAND FOR JURY TRIAL - 8