IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LETS GET MOVING,<br><br>  Plaintiff,<br><br>vs.<br><br>LAGESTIC,<br><br>  Defendant. | CV-23-14-BU-BMM<br><br>**ORDER FOR JOINT STATUS REPORT** |

The Court held a telephonic status conference with the parties on July 11, 2024. (Doc. 39.) The parties discussed the representation of Lets Get Moving in light of the Court's order granting Lets Get Moving's counsel's order to withdraw (Doc. 37). The parties also discussed a possible dismissal of some of the claims in this action. The Court directed the parties to confer and file the appropriate documents with the Court in accordance with their discussions. A jury trial is scheduled in this case for September 16, 2024. (Doc. 32.) The Court now directs the parties to file a joint status report advising whether this case is proceeding to trial.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a joint status report by August 16, 2024. The report shall update the Court as to whether

1

this case will be proceeding to trial as scheduled. The report also shall update the Court as to Lets Get Moving's progress in obtaining new counsel.

DATED this 9th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court