IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LETS GET MOVING, LLP, | Case No. CV-23-014-BU-BMM |
| Plaintiff, | ORDER |
| vs. | |
| LAGESTIC, LLC, | |
| Defendant. | |

Pursuant to Rule 58, F. R. Civ. P., the Court hereby renders final judgment based on the parties' Stipulated Entry of Judgment. It is ORDERED, JUDGED, AND DECREED that JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT. IT IS HEREBY ORDERED that all deadlines and events calendared in this matter are VACATED. Each party shall bear its own costs and attorney's fees.

DATED this 13th day of August 2024.

_____
Brian Morris, Chief District Judge
United States District Court